# CERTIFICATE OF SERVICE

I hereby certify that the foregoing First Amended Complaint was served on all counsel of record on April 15, 2025, via the Court's Case Management/Electronic Case Filing system.

*/s/ Michael E. Neminski*
Michael E. Neminski